UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANIKA M. HORTON,<br><br>    Plaintiff,<br><br>    v.<br><br>ABACUS CORPORATION and CLIFTON MILES,<br><br>    Defendants. | Civil Action No. 06-126 (CKK) |

**ORDER**
(June 13, 2006)

Plaintiff filed her Complaint in this action on January 23, 2006. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff's summonses on Defendants Abacus Corporation and Clifton Miles were required to be served within 120 days of January 23, 2006 – i.e., by May 23, 2006. However, according to the Court's review of the case docket, service of the summons and complaint was not made by May 23, 2006 by Plaintiff on either Defendant. As such, this Court issued a Rule 4(m) order to Plaintiff on May 24, 2006 that stated:

> According to Rule 4(m) of the Federal Rules of Civil Procedure:
>
> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion *or on its own initiative after notice to the plaintiff*, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.
>
> Fed. R. Civ. P. 4(m) (emphasis added).
>
> In order to avoid the finality of a mandatory dismissal, it is, this 24th day of May, 2006, hereby
>
> **ORDERED** that by Monday, June 12, 2006, Plaintiff must *either* cause process to be served against each Defendant and proof of service to be filed with the

Court, *or* file a status report with this Court explaining what steps she has taken to effectuate service and why service has not yet been completed; it is further

**ORDERED** that failure to meet this requirement shall result in the Court dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

**SO ORDERED**.

*See Horton v. Abacus Corp.*, Civ. No. 06-126 (D.D.C. May 24, 2006) (Rule 4(m) warning).

Despite the explicit instructions contained within the Court's Rule 4(m) warning to Plaintiff, Plaintiff has failed to (1) cause process to be served against each Defendant and proof of service to be filed with this Court, or (2) request an extension while providing the Court with information regarding what steps she has taken to effectuate service. Accordingly, it is, this 13th day of June, 2006, hereby

**ORDERED** that the above-captioned action is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED**.

           */s/*_____
           COLLEEN KOLLAR-KOTELLY
           United States District Judge

**Copies to:**

SHANIKA M. HORTON
3415 Dodge Park Road
Apartment 304
Landover, MD 20785
US
(240) 296-2074

(*Pro Se* Plaintiff)